UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MOLECULAR NUTRITION, LLC and<br>MN INTELLECTUAL PROPERTY<br>CORPORATION,<br><br>     Plaintiffs,<br><br>vs.<br><br>SYNTRAX INNOVATIONS, INC., SI03,<br>INC., SOMADYN, INC., CREATIVE<br>COMPOUNDS LLC., GREGORY STEPHEN<br>DAVIS and DEREK WAYNE CORNELIUS,<br><br>     Defendants. | Case No. 1:06-cv-00013-HEA |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is voluntarily dismissed as to all defendants and counterclaim defendants.

Respectfully Submitted,

/s/ Matthew A. Rosenberg        /s/ James A. Wells
Matthew A. Rosenberg, #69792     James A. Wells, PA ID #72941
Law Offices of Matthew Rosenberg, LLC  Haines & Associates
36 Four Seasons Ctr., #116       1835 Market Street, Suite 2420
St. Louis, MO 63017         Philadelphia, PA 19103
(314) 256-9699           (215) 246-2200
(314) 786-0532 Fax         (215) 246-2211

*Attorney for Defendants*         *Attorney for Plaintiffs*

Dated: October 20, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Stipulation of Dismissal in the above-captioned matter was electronically served on this, the 20th day of September, 2009 upon the following attorney of record:

Matthew A. Rosenberg
Law Offices of Matthew Rosenberg, LLC
36 Four Seasons Ctr. #116
St. Louis, MO 63017

/s/ James A. Wells
JAMES A. WELLS  (PA 72941)
Email:  jwells@haines-law.com

Haines & Associates
1835 Market Street
Suite 2420
Philadelphia, PA 19103
Telephone:  215-246-2200
Fax:    215-246-2211
*Attorney for Plaintiffs*